CASES IN CHANCERY.

## In the Matter of M'FARLAN, a lunatic.

Where it appeared that all the estate of a lunatic had been expended in his necessary maintenance, the Court, on petition of the committee, and a report of a master, ordered the lunatic to be delivered to the overseers of the poor of the town.

*May 9th.* THE petition of the committee of the person and estate of the lunatic stated, that they had expended all his estate in his necessary maintenance, and had even incurred considerable expense, beyond their means of indemnity; and it appeared, by the report of one of the masters of this Court, that he had examined the accounts of the said committee, and the allegations appeared to be true, by the schedule annexed to the report.

THE CHANCELLOR declared, that the duty of maintaining the lunatic now devolved upon the overseers of the poor of the town where he was legally settled. The statute had prescribed regulations for the overseers in certain cases, on this subject. (1 *N. R. L.* 116. 288.) It was, therefore, ordered, that the committee deliver over the lunatic to the charge and custody of the overseers of the poor of the town.
340